B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Simon, Roberta K** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Simon, Mark E** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **xxx-xx-6201** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **xxx-xx-5890** |
| Street Address of Debtor (No. and Street, City, and State): **6 White Birch Lane, Scarsdale, NY** ZIP Code **10583** | Street Address of Joint Debtor (No. and Street, City, and State): **6 White Birch Lane, Scarsdale, NY** ZIP Code **10583** |
| County of Residence or of the Principal Place of Business: **Westchester** | County of Residence or of the Principal Place of Business: **Westchester** |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Simon, Roberta K**<br>**Simon, Mark E** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Anne Penachio**                    **November 9, 2015**<br>    Signature of Attorney for Debtor(s)            (Date)<br>    **Anne Penachio** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)     Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
  Simon, Roberta K
  Simon, Mark E

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Roberta K Simon**
Signature of Debtor **Roberta K Simon**

**X /s/ Mark E Simon**
Signature of Joint Debtor **Mark E Simon**

_____
Telephone Number (If not represented by attorney)

**November 9, 2015**
Date

### Signature of Attorney*

**X /s/ Anne Penachio**
Signature of Attorney for Debtor(s)

**Anne Penachio**
Printed Name of Attorney for Debtor(s)

**Penachio Malara, LLP**
Firm Name

**235 Main Street, 6th Floor**
**White Plains, NY 10601**
_____
Address

        **Email: FMalara@PMLawLLP.com**
**914-946-2889  Fax: 914-946-2882**
Telephone Number

**November 9, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    Roberta K Simon
         Mark E Simon
                                         Debtor(s)

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Allen Maxwell & Silver** **190 Sylvan Avenue** **Englewood Cliffs, NJ 07632** | **Allen Maxwell & Silver** **190 Sylvan Avenue** **Englewood Cliffs, NJ 07632** | | | **31,666.39** |
| **Amos Weinberg** **49 Somerset Drive** **Great Neck, NY 11020** | **Amos Weinberg** **49 Somerset Drive** **Great Neck, NY 11020** | **Access Staffing attorney** | | **15,000.00** |
| **Chase Cardmember Service** **PO BOX 15123** **Wilmington, DE 19850-7635** | **Chase Cardmember Service** **PO BOX 15123** **Wilmington, DE 19850-7635** | **Credit card purchases** | | **10,875.19** |
| **Chase Cardmember Service** **P.O. Box 15123** **Wilmington, DE 19850-5123** | **Chase Cardmember Service** **P.O. Box 15123** **Wilmington, DE 19850-5123** | **Credit card purchases** | | **18,665.68** |
| **CST Co. Inc.** **P.O. Box 33127** **Louisville, KY 40232** | **CST Co. Inc.** **P.O. Box 33127** **Louisville, KY 40232** | **Masland Carpets** | | **14,433.32** |
| **Empire Realty** **347 5th Avenue** **Room 1600** **New York, NY 10016** | **Empire Realty** **347 5th Avenue** **Room 1600** **New York, NY 10016** | **Rent** | | **35,000.00** |
| **Empire Realty Management** **347 5th Avenue** **Room 1600** **New York, NY 10016** | **Empire Realty Management** **347 5th Avenue** **Room 1600** **New York, NY 10016** | | | **34,700.61** |
| **First Financial Asset Mgmt** **3091 Governers Lake Drive** **Suite 500** **Peachtree Corners, GA 30071** | **First Financial Asset Mgmt** **3091 Governers Lake Drive** **Suite 500** **Peachtree Corners, GA 30071** | | | **21,640.07** |
| **Kenneth D. Sugarman** **652 Broadway, 4th Floor** **New York, NY 10012** | **Kenneth D. Sugarman** **652 Broadway, 4th Floor** **New York, NY 10012** | | | **71,568.75** |
| **MDH Flooring** **18 Baer Court** **Hauppauge, NY 11788** | **MDH Flooring** **18 Baer Court** **Hauppauge, NY 11788** | | | **53,790.55** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Roberta K Simon**
       **Mark E Simon**
                                             Case No.
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Michael Halebian** 557 Washington Avenue Carlstadt, NJ 07072 | **Michael Halebian** 557 Washington Avenue Carlstadt, NJ 07072 | | | 40,617.73 |
| **Mohawk Industries, Inc.** 235 Industrial Blvd. Chatsworth, GA 30705 | **Mohawk Industries, Inc.** 235 Industrial Blvd. Chatsworth, GA 30705 | | | 18,849.83 |
| **Nassau Flooring** 2005 Merrick Road #390 Merrick, NY 11566 | **Nassau Flooring** 2005 Merrick Road #390 Merrick, NY 11566 | | | 19,426.50 |
| **Norman Lifton Supplies** P.O. Box 1389 Kenner, LA 70063 | **Norman Lifton Supplies** P.O. Box 1389 Kenner, LA 70063 | **Trade debt** | | 8,473.66 |
| **NY State Unemployent Insurance** P.O. Box 4301 Binghamton, NY 13902 | **NY State Unemployent Insurance** P.O. Box 4301 Binghamton, NY 13902 | | | 54,727.10 |
| **Office of State Comptroller** Albany Office Albany, NY 12236 | **Office of State Comptroller** Albany Office Albany, NY 12236 | **Payroll taxes** | | 83,836.00 |
| **Rivendell Carpet Store** 55 Woodbury Road Farmingville, NY 11738 | **Rivendell Carpet Store** 55 Woodbury Road Farmingville, NY 11738 | | | 75,153.50 |
| **Smith Carroad Levy & Wan, P.C.** P.O. Box 49 Commack, NY 11725 | **Smith Carroad Levy & Wan, P.C.** P.O. Box 49 Commack, NY 11725 | **J&J Industries** | | 38,686.79 |
| **T&D Floor Covering** 24 Grace Road Staten Island, NY 10306 | **T&D Floor Covering** 24 Grace Road Staten Island, NY 10306 | | | 73,879.62 |
| **Urban Options** 6 Clifford Lane Medford, NY 11763 | **Urban Options** 6 Clifford Lane Medford, NY 11763 | | | 12,110.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Roberta K Simon**
       **Mark E Simon**
                                                                          Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Roberta K Simon** and **Mark E Simon**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date  **November 9, 2015**           Signature  **/s/ Roberta K Simon**
                                                **Roberta K Simon**
                                                Debtor

Date  **November 9, 2015**           Signature  **/s/ Mark E Simon**
                                                **Mark E Simon**
                                                Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
ACF DISTRIBUTION INC.
125 CAROLYN BLVD.
FARMINGDALE, NY 11735


ACQUAVELLA, CHIARELLI, ET AL
517 U.S. 1
SUITE 1000
ISELIN, NJ 08830


ALLEN MAXWELL & SILVER
190 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632


AMERICAN EXPRESS
P.O. BOX 297879
FORT LAUDERDALE, FL 33329


AMOS WEINBERG
49 SOMERSET DRIVE
GREAT NECK, NY 11020


BANK OF AMERICA
BUSINESS CARD
PO BOX 15710
WILMINGTON, DE 19886


CENTRAL CREDIT SERVICES LLC
20 CORPORATE HILLS DRIVE
SAINT CHARLES, MO 63301-3749


CHASE
P.O. BOX 24714
COLUMBUS, OH 43224


CHASE CARDMEMBER SERVICE
P.O. BOX 15123
WILMINGTON, DE 19850-5123


CHASE CARDMEMBER SERVICE
PO BOX 15123
WILMINGTON, DE 19850-7635
```

```
CITI
CUSTOMER SERVICE
P.O. BOX 6500
SIOUX FALLS, SD 57117-6500


CST CO. INC.
P.O. BOX 33127
LOUISVILLE, KY 40232


DALTILE SALES SERVICE CENTER
58-40 55TH DRIVE
MASPETH, NY 11378


DIVERSIFIED RECOVERY SOLUTIONS
P.O. BOX 533
ARDSLEY, NY 10502


E.M. BROWN, INC.
711 E. 134TH STREET
BRONX, NY 10454


EMPIRE REALTY
347 5TH AVENUE
ROOM 1600
NEW YORK, NY 10016


EMPIRE REALTY MANAGEMENT
347 5TH AVENUE
ROOM 1600
NEW YORK, NY 10016


EVERBANK
10 WATERVIEW BLVD.
PARSIPPANY, NJ 07054


EXCELSIOR CLEANERS
1320 BOSTON POST ROAD
LARCHMONT, NY 10538


FIRST FINANCIAL ASSET MGMT
3091 GOVERNERS LAKE DRIVE
SUITE 500
PEACHTREE CORNERS, GA 30071
```

```
FLOORING SOLUTIONS
94 GARDINERS AVENUE
LEVITTOWN, NY 11756


GLOBAL STONE TILE INC.
599 BLUE POINT ROAD
HOLTSVILLE, NY 11742


GOTTFRIED'S
550 MADISON AVENUE
NEW YORK, NY 10022


INTERNAL REVENUE SERVICE
PO BOX 145566
CINCINNATI, OH 45250


JAMES BENNETT
P.O. BOX 1794
AUBURN, AL 36830


KENNETH D. SUGARMAN
652 BROADWAY, 4TH FLOOR
NEW YORK, NY 10012


MANNINGTOM MILLS
P.O. BOX 12281
ATTN: CYNTHIA DUTTON
CALHOUN, GA 30703


MDH FLOORING
18 BAER COURT
HAUPPAUGE, NY 11788


MICHAEL HALEBIAN
557 WASHINGTON AVENUE
CARLSTADT, NJ 07072


MILLIKEN & COMPANY
1045 6TH AVENUE
NEW YORK, NY 10018


MOHAWK INDUSTRIES, INC.
235 INDUSTRIAL BLVD.
CHATSWORTH, GA 30705
```

```
NASSAU FLOORING
2005 MERRICK ROAD #390
MERRICK, NY 11566


NATIONSTAR MORTGAGE
P.O. BOX 619097
DALLAS, TX 75261


NORMAN LIFTON SUPPLIES
P.O. BOX 1389
KENNER, LA 70063


NY STATE UNEMPLOYENT INSURANCE
P.O. BOX 4301
BINGHAMTON, NY 13902


NYS DEPT OF TAXATION & FINANCE
W A HARRIMAN STATE CAMPUS
ALBANY, NY 12227-0001


OFFICE OF STATE COMPTROLLER
ALBANY OFFICE
ALBANY, NY 12236


PLATZER SWERGOLD LEVINE ET AL
475 PARK AVENUE SOUTH
NEW YORK, NY 10016


RIVENDELL CARPET STORE
55 WOODBURY ROAD
FARMINGVILLE, NY 11738


SALESMASTER FLOORING
303 MARCUS BLVD.
DEER PARK, NY 11729


SHAPIRO DICARO & BARAK, LLC
175 MILE CROSSING BLVD
ROCHESTER, NY 14624


SHAW INDUSTRIES
P.O. BOX 2128
DALTON, GA 30722
```

SMITH CARROAD LEVY & WAN, P.C.
P.O. BOX 49
COMMACK, NY 11725


T&D FLOOR COVERING
24 GRACE ROAD
STATEN ISLAND, NY 10306


THE GRANITE TOPS
420 WEST FIRST AVENUE
ROSELLE, NJ 07203


TNT USA INC.
68 S. SERVICE ROAD
SUITE 340
MELVILLE, NY 11747


URBAN OPTIONS
6 CLIFFORD LANE
MEDFORD, NY 11763


VERIZON WIRELESS
P.O. BOX 17120
TUCSON, AZ 85731


WASSERMAN JURISTA & STOLZ
110 ALLEN ROAD
SUITE 304
BASKING RIDGE, NJ 07920


WINDWARD FLOORS
55 WOODBURY ROAD
FARMINGVILLE, NY 11738